UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIN SU,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-01413-FLA (MAR)

**ORDER GRANTING PETITIONER'S UNOPPOSED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 3]**

## <u>RULING</u>

On March 24, 2026, Petitioner Min Su ("Petitioner"), in *pro se*, filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, challenging his immigration detention as a violation of, *inter alia*, the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, the Administrative Procedure Act, and applicable federal regulations. Dkts. 1, 6. That same day, Petitioner filed the subject Motion for Temporary Restraining Order ("Motion"), requesting the court order Respondents to release him under the same conditions as he was released prior to his arrest on March 9, 2026, and re-detention. Dkt. 3 at 9.

///

1

On March 30, 2026, the court issued an Order setting a briefing schedule on the subject Motion.  Dkt. 7.  On April 15, 2026, Respondents filed an untimely Response to the Motion, stating: "Respondents are not presenting an opposition argument at this time."  Dkt. 10 at 2.  As Respondents do not advance any argument in opposition to the Motion, the court GRANTS the unopposed Motion and ORDERS Respondents to:

(1)  release Petitioner from custody immediately;

(2)  return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

(3)  file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order.

Respondents are ENJOINED from re-arresting or re-detaining Petitioner during the pendency of the subject *habeas* action absent express authorization by this court. The court exercises its discretion and waives the posting of a bond.  *See* Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

Dated: April 20, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2